AO 442 (Rev. 01/09) Arrest Warrant                                                  F|D#9987755

# UNITED STATES DISTRICT COURT
## for the
### District of South Carolina

**RECEIVED**
**UNITED STATES MARSHAL**

3:21 pm, Jul 08 2026

**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA**

|  |  |
|---|---|
| United States of America<br>v.<br><br>CODY WAYNE THOMAS<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.   0:26-580

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **CODY WAYNE THOMAS**                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Sections 2252A(a)(5)(B), 2253
Title 28, United States Code, Section 2461(c)

Date:   07/07/2026

City and state:   Columbia, SC

s/Karen Boston
*Issuing officer's signature*

ROBIN BLUME, Clerk
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)*   **7/8/26**        , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*